# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TD'S WESTERN WEAR AND TACK, LLC, class plaintiff, as well as all other similarly situated individuals including but not limited to foreign entities, | Case No. 3:20-cv-206 |
| *Plaintiffs*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Debra C. Poplin |
| STATE OF TENNESSEE and GOVERNOR BILL LEE, | |
| *Defendants*. | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum opinion, Defendants' motion to dismiss (Doc. 11) is **GRANTED**, and Plaintiff's claims are **DISMISSED**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT